AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

FILED
JAN 29 2018
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:18-cv-150 DAD-SAB

I, __Caron Holleinion__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Patton State Hospital__

    Are you employed at the institution? __no__    Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    (No) ☒ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $87.00 per month  Patton State Hospital  3102 E. Highland Ave, Patton, CA 92369

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☒ Yes    ☐ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

$100 Gift — continuing gift from Stepfather. $100 every month.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Yes. Wanda Givens — a friend

I declare under penalty of perjury that the above information is true and correct.

1-18-18
_____      _____
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

<pre>
CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE
SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE
FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).
</pre>

1/4/2018  
9:09:46AM

**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
**LEDGER ACTIVITY FROM 10/01/2017 TO 01/04/2018**

Page 18 of 42

PATIENT NO.: 1523620  
PATIENT NAME: HOSSEINION, CARON  
WARD NO: 06  
ADMIT: 12/27/2001

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 10/10/2017 | 001806 | $87.00 | | | $237.02 | IT PAY SEPT 2017 |
| 10/10/2017 | 001798 | $150.00 | | | $150.02 | MOHAMMAD HOS |
| 10/12/2017 | 38 | | $20.00 | | $217.02 | Vend Purchase 100046 |
| 10/12/2017 | 72 | | $56.70 | | $160.32 | TransId: 100412442 |
| 10/16/2017 | 11 | | ($12.00) | | $172.32 | TransId: 100412442 |
| 10/19/2017 | 73 | | $100.00 | | $72.32 | TransId: 100413440 |
| 10/24/2017 | 053920 | | $53.10 | | $19.22 | STAPLES |
| 10/26/2017 | 60 | | $6.26 | | $12.96 | TransId: 100414363 |
| 11/06/2017 | 002034 | $87.00 | | | $99.96 | IT PAY OCTOBER 2 |
| 11/08/2017 | 002051 | $150.00 | | | $249.96 | MOHAMMAD HOS |
| 11/09/2017 | 29 | | $12.95 | | $237.01 | Vend Purchase 100046 |
| 11/16/2017 | 32 | | $87.00 | | $150.01 | Vend Purchase 100046 |
| 11/16/2017 | 71 | | $5.40 | | $144.61 | TransId: 100416979 |
| 11/20/2017 | 8 | | ($5.40) | | $150.01 | TransId: 100416979 |
| 11/22/2017 | 64 | | $118.50 | | $31.51 | TransId: 100418195 |
| 12/06/2017 | 002294 | $150.00 | | | $181.51 | MOHAMMAD HOS |
| 12/07/2017 | 38 | | $31.50 | | $150.01 | Vend Purchase 100046 |
| 12/07/2017 | 002313 | $87.00 | | | $237.01 | IT PAY FOR NOV. 20 |
| 12/11/2017 | 73 | | $160.05 | | $76.96 | TransId: 100420070 |
| 12/20/2017 | 002424 | $200.00 | | | $276.96 | MOHAMMAD HOS |
| 12/21/2017 | 69 | | $58.80 | | $218.16 | TransId: 100421552 |
| 01/02/2018 | 50 | | $5.85 | | $212.31 | TransId: 100422921 |
| 01/03/2018 | 054628 | | $88.09 | | $124.22 | GOLDEN STATE CA |
| 01/04/2018 | 32 | | $50.00 | | $74.22 | Vend Purchase 100046 |

Current Balance     $74.22

PLEASE BE ADVISED THAT EFFECTIVE 01/04/2018 THE TRUST ACCOUNT IN YOUR NAME LOCATED IN THE CASHIERS OFFICE HAS A BALANCE OF $74.22. THESE FUNDS ARE HELD PURSUANT TO SECTION 7281 OF THE WELFARE AND INSTITUTION CODE FOR YOUR BENEFIT. A STATEMENT SUCH AS THIS WILL BE SENT TO YOU QUARTERLY.